UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNESTO VALERIO,

               Plaintiff,

      -against-

THE STATE OF NEW YORK; THE
DEPARTMENT OF CORRECTION,

               Defendants.

21-CV-4186 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    July 12, 2021
          New York, New York

                      /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
            Chief United States District Judge